**JEFFREY B. SETNESS**
California State Bar No. 96773
**FABIAN & CLENDENIN, P.C.**
10655 Park Run Drive, Suite 130
Las Vegas, Nevada  89144
E-Mail:         jsetness@fabianlaw.com
Telephone :   (702) 233-4444
Facsimile:     (702) 998-1503

Attorneys for Defendant:
Anthony R. Manuel

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NO.: 2:09-cr-00034-LKK |
|---|---|
| Plaintiff, | STIPULATION TO SUBSTITUTE ATTORNEY FOR DEFENDANT ANTHONY RAY MANUEL AND [PROPOSED] ORDER (LOCAL RULE 182(g)) |
| vs. | |
| ANTHONY RAY MANUEL, | |
| DEFENDANT. | |

In accordance with Rule 182(g) of the Local Rules of the United States District Court for the Eastern District of California, the following Stipulation to Substitute Attorneys and Proposed Order is submitted:

On Monday, January 20, 2014 Jeffrey B. Setness left the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP and on Tuesday January 21, 2014 Jeffrey B. Setness joined the law firm of FABIAN & CLENDENIN, P.C.

---

MANUEL'S SUBSTITUTION OF ATTORNEYS - 1

Defendant ANTHONY RAY MANUEL nominates Jeffrey B. Setness of the law firm of FABIAN AND CLENDENIN, P.C. to represent him in the above-entitled action, in place and instead of Jeffrey B. Setness of the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP'

Dated this _____ day of January, 2014.  _____
                                                   ANTHONY RAY MANUEL
                                                   DEFENDANT

On behalf of the law firm of LEWIS BRISBOIS BISGAARD & SMITH, LLP. I agree to the substitution of JEFFREY B. SETNESS, ESQ. of the law firm of FABIAN & CLENDENIN to represent the Defendant ANTHONY RAY MANUEL In the above-entitled action in place and instead of the law firm of LEWIS BRISBOIS BISGAARD & SMITH, LLP.

Dated this _____ day of January, 2014.  _____
                                                 DARRELL D. DENNIS, ESQ.
                                                 Lewis Brisbois Bisgaard & Smith LLP
                                                 6385 South Rainbow Boulevard, Suite 600
                                                 Las Vegas, Nevada  89118

I hereby agree to accept this substitution to represent Defendant JEFFREY NOWAK IN the above-entitled action.

Dated this _____ day of January, 2014.  _____
                                                 JEFFREY B. SETNESS, ESQ.
                                               California State Bar No. 96773
                                               FABIAN & CLENDENIN
                                               10655 Park Run Drive, Suite 130
                                               Las Vegas, Nevada 89144
                                               E-Mail:        jsetness@fabianlaw.com
                                               Telephone :    (702) 233-4444
                                               Facsimile:     (702) 998-1503

**ORDER**

Based upon the Stipulation of the Parties and Counsel and good cause appearing, IT IS SO ORDERED.

DATED : March 11, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

_____
MANUEL'S SUBSTITUTION OF ATTORNEYS - 2